IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RODOLFO GARZA, INDIVIDUALLY § <br> AND AS REPRESENTATIVE OF THE § <br> ESTATE OF HERLINDA J. GARZA AND § <br> HER HEIRS AT LAW KRYSTAL GARZA § <br> AND CHRISTOPHER GARZA, § <br> § <br> Plaintiff, § <br> § <br> V. § <br> § <br> H.E.B. GROCERY COMPANY, L.P., § <br> TRANSAMERICA PREMIER LIFE § <br> INSURANCE, AND ZURICH AMERICAN § <br> INSURANCE COMPANY, § <br> § <br> Defendant. § | CIVIL ACTION NO. 1:8-cv-163 |

## INDEX OF MATTERS BEING FILED

Exhibit 1:   Index of Matters Being Filed;

Exhibit 2:   Cameron County District Clerk's File;

Exhibit 3:   Certificate of Interested Parties;

Exhibit 4:   Designation of Counsel;

Exhibit 5:   Notice of Consent to Removal on behalf of Co-Defendants; and

Exhibit 6:   Civil Cover Sheet

1

Respectfully submitted,

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

By: */s/ Rodrigo "Diego" Garcia, Jr.*
RODRIGO "DIEGO" GARCIA, JR.
State Bar No. 00793778
Raymond M. Kutch
State Bar No. 24072195
One Riverway, Suite 1400
Houston, TX 77056
Telephone: (713) 403-8210
Telecopy: (713) 403-8299

**COUNSEL FOR ZURICH AMERICAN INSURANCE COMPANY**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing instrument has been served on the following counsel of record via electronic notification on October 12, 2018.

Oxford & Gonzalez
Mr. Ricardo Gonzalez
124 South 12th Street
P.O. Drawer 630
Edinburg, Texas
*Attorney for Plaintiffs*

Roerig, Oliveria & Fisher, LLP
D. Alan Erwin, Jr.
Randall Gomez
John Daniel J.D Vela
855 West Price Road, Suite 9
Brownsville, Texas 78520
*Attorneys for Defendant H.E.B. Grocery Company L.P.*

The Wolf Law Firm
Jeffery J. Wolf
1360 N. White Chapel Blvd.
Suite 100, Southlake, Texas 76092
*Attorney for Defendant Transamerica Premier Life Insurance*

*/s/ Rodrigo Garcia, Jr.*
Rodrigo Garcia, Jr.